# EXHIBIT C

Case 1:08-cv-00171-S-DLM Document 3 Filed 06/06/2008 Page 1 of 2

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

United States Fidelity & Guaranty Company
Plaintiff
v.
South Shore Utility Contractors, Inc., et al.
Defendant

Civil Action No. CA 08 171S

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Anthony F. Rosciti, Jr.
15 Morgan Court
Lincoln, Rhode Island 02865-4648

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CharCretia V. Di Bartolo, Esq.
Hinshaw & Culbertson LLP
55 South Main Street, Suite 304
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 5/6/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

May 12, 2008

I declare under penalty of perjury that I served the summons and complaint in this case on ANTHONY F. ROSCITI by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with SHANNON ROSCITI (WIFE) who resides there and is of suitable age and discretion; or
15 MORGAN COURT
LINCOLN, RHODE ISLAND

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

Date: MAY 12, 2008

[signature]
Server's signature

Thomas C. Hyslop
Process Server & Disinterested Person
Printed name and title

92 STATE STREET 7TH FLOOR
BOSTON, MA 02109
Server's address