# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE UTILITY CONTRACTORS, INC., ANTHONY F. ROSCITI, JR. and HENRY V. ROSCITI, JR.,<br><br>Defendants. | CIVIL ACTION NO. 08-171S |

**AFFIDAVIT OF CHARCRETIA V. DI BARTOLO**

I, CharCretia V. Di Bartolo, hereby depose and state as follows:

1. I am licensed to practice law in the State of Rhode Island and before this United States District Court. I represent United States Fidelity & Guaranty Company in the above-captioned action. I make the following statements based upon personal knowledge.

2. As of the date of this affidavit, I have not received service of a responsive pleading filed on behalf of Defendants South Shore Utility Contractors, Inc., Henry V. Rosciti, Jr. and Anthony F. Rosciti, Jr. Accordingly, these Defendants have failed to plead or otherwise defend in this action.

3. Pursuant to L.R. Cv. 55, this Affidavit will also certify that I forwarded notice of the Motion to these Defendants both by regular mail and by certified mail, return receipt requested, to the addresses listed on the returns of service on file with the Court. To the best of my knowledge, the addresses set forth in the certification are the last known addresses for each party.

4. This affidavit will also certify that, to the best of my knowledge or belief, neither Anthony F. Rosciti nor Henry V. Rosciti, Jr. are in the military service of the United States as defined in the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

Signed under the pains and penalties of perjury this 23 day of June, 2008.

____________________________

CharCretia V. Di Bartolo