UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE UTILITY CONTRACTORS, INC., ANTHONY F. ROSCITI, JR. and HENRY V. ROSCITI, JR.,<br><br>Defendants. | CIVIL ACTION NO. 08-171S |

**PLAINTIFF UNITED STATES FIDELITY & GUARANTY COMPANY'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SOUTH SHORE UTILITY CONTRACTORS, INC., HENRY V. ROSCITI, JR. AND ANTHONY F. ROSCITI, JR.**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. Cv. 55, Plaintiff United States Fidelity & Guaranty Company ("USF&G") hereby moves for entry of default in this matter against Defendants South Shore Utility Contractors, Inc., Henry V. Rosciti, Jr., and Anthony F. Rosciti, Jr. (collectively "Defendants") for failing to serve a responsive pleading within twenty (20) days of the time in which they were duly served the Summons and Complaint.

As grounds for its Motion, USF&G states the following:

1. On or about May 6, 2008, USF&G filed its Complaint against Defendants in connection with surety bonds issued by USF&G on behalf of South Shore Utility Contractors, Inc. ("South Shore"). A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. On May 12, 2008, Thomas C. Hyslop, process server, served a true and attested copy of the Summons and Complaint upon Henry V. Rosciti, Jr., by delivering in hand copies thereof to Donna Rosciti, mother of Henry R. Rosciti, Jr., at Mr. Rosciti's dwelling or usual

place of abode located at 1324 Chopmist Hill Road, Scituate, Rhode Island. A true and accurate copy of the return of service is on file with the court and attached hereto as Exhibit B.

3. On May 12, 2008, Thomas C. Hyslop, process server, served true and attested copies of the Summons and Complaint upon Anthony F. Rosciti by delivering in hand to Shannon Rosciti, wife of Mr. Rosciti, at his dwelling or usual place of abode located at 15 Morgan Court, Lincoln, Rhode Island. A true and accurate copy of the return of service is on file with the court and is attached hereto as Exhibit C.

4. On May 28, 2008, Thomas C. Hyslop, process server, served a true and attested copy of the Summons and Complaint upon South Shore by serving "in hand" upon Kerri Blair, secretary for Adler, Pollock & Sheehan, P.C., registered agent for process for South Shore Utility Contractors, Inc., at One Citizen's Plaza, 8th Floor, Providence, Rhode Island. A true and accurate copy of the return of service is on file with the Court and is attached hereto as Exhibit D.

5. Pursuant to Fed. R. Civ. P. 12(a)(1), Defendants were required to serve a responsive pleading within twenty (20) days of service, on or before June 2, 2008 and June 16, 2008 respectively. To date, no Defendant has filed a responsive pleading and Plaintiff's counsel has not received service of same.

6. Pursuant to Fed. R. Civ. P. 55(a)(1), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided in [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the clerk shall enter his default." Fed. R. Civ. P. 55(a)(1).

7. As set forth in the Affidavit of CharCretia V. Di Bartolo, Esq., attached hereto as Exhibit E, Defendants have failed to plead or otherwise defend as required by the applicable

rules of procedure. Counsel has complied with the Local Rule requirement regarding notice of this motion to parties not represented by providing a copy of this motion by both regular mail and certified mail – return receipt requested. See Affidavit of CharCretia V. Di Bartolo, attached hereto as Exhibit E.

8. Accordingly, the clerk of court shall enter default against Defendants South Shore Utility Contractors, Inc., Henry V. Rosciti, Jr., and Anthony F. Rosciti, Jr. pursuant to Fed. R. Civ. P. 55(a)(1).

WHEREFORE, pursuant to Fed. R. Civ. P. 55(a)(1), Plaintiff United States Fidelity & Guaranty Company respectfully requests that the Clerk of Court enter the default of Defendants for failing to plead or otherwise defend in this action.

Respectfully submitted,

UNITED STATES FIDELITY & GUARANTY COMPANY

By Its Attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo, Bar I.D. #5862
HINSHAW & CULBERTSON LLP
155 S. Main St., Suite 304
Providence, RI 02903
401-751-0842 (telephone)
401- 273-8543 (facsimile)

Dated: June 23, 2008

DEFAULT HEREBY ENTERED:
Wendy Guilo 6/23/08
DEPUTY CLERK

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that on this 23rd day of June, 2008, I served a true and accurate copy of the foregoing document to all parties, via first class mail and certified mail, return receipt requested as follows:

Henry V. Rosciti, Jr.
1324 Chopmist Hill Road
Scituate, Rhode Island 02857-1577

Anthony F. Rosciti, Jr.
15 Morgan Court
Lincoln, Rhode Island 02865-4648

South Shore Utility Contractors, Inc.
c/o Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo