UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES FIDELITY & GUARANTY COMPANY,

Plaintiff,

v. C.A. Action No. 08-171S

SOUTH SHORE UTILITY CONTRACATORS, INC., ANTHONY F. ROSCITI, JR. AND HENRY V. ROSCITI, JR.

**ANSWER ON BEHALF OF HENRY ROSCITI, JR.**

Henry Rosciti, Jr., ("Rosciti"), as and for his Answer to the Complaint of United States Fidelity & Guaranty Company, responds as follows:

**Response as to "Parties"**

1. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 and therefore leaves the Plaintiff to its proof thereof.

2. Admit.

3. Admit.

4. Admit.

**Response as to "Jurisdiction"**

5. Paragraph 5 contains only conclusions of law and therefore does not require an answer.

**Response as to "Background"**

6. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 and therefore leaves the Plaintiff to its proof thereof.

7. Denied. Further answering Defendant states that South Shore is no longer in business, but rather is in receivership.

8. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 and therefore leaves the Plaintiff to its proof thereof.

9. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 and therefore leaves the Plaintiff to its proof thereof.

10. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 and therefore leaves the Plaintiff to its proof thereof.

11. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 and therefore leaves the Plaintiff to its proof thereof.

12. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 and therefore leaves the Plaintiff to its proof thereof.

13. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 and therefore leaves the Plaintiff to its proof thereof.

14. Denied.

15. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 and therefore leaves the Plaintiff to its proof thereof.

16. Denied.

**Response as to "Count I - Indemnity"**

17. Rosciti repeats each of his responses to paragraphs 1 through 16 as though fully set forth therein.

18. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 and therefore leaves the Plaintiff to its proof thereof.

19. Rosciti is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19 and therefore leaves the Plaintiff to its proof thereof.

20. Denied.

**Response as to Count II – "Common Law Indemnity"**

21. Rosciti repeats each of his responses to paragraphs 1 through 20 as though fully set forth therein.

22. Denied.

23. Denied.

**Response as to Count III – "Breach of Contract"**

24. Rosciti repeats each of his responses to paragraphs 1 through 23 as though fully set forth therein.

25. Denied.

26. Denied.

27. Denied.

**Response as to Count IV – "Specific Performance"**

28. Rosciti repeats each of his responses to paragraphs 1 through 23 as though fully set forth therein.

29. Denied.

30. Denied.

Respectfully Submitted,

Henry V. Rosciti, Jr.,
By his attorneys:

/s/ Joseph DeAngelis

Joseph DeAngelis (#1395)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
Dated: June 25, 2008
Jdeangelis@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the within Answer **by electronic means (ECF)** to the following attorney of record: CharCretia V. DiBartolo at Hinshaw & Culbertson LLP, 155 South Main Street, Suite 304, Providence, RI 02903 and sent a copy via regular mail to the following:

Henry V. Rosciti, Jr.
1324 Chopmist Hill Road
Scituate, Rhode Island 02857-1577

Anthony F. Rosciti, Jr.
15 Morgan Court
Lincoln, RI 02865-4648

/s/ Joseph DeAngelis

*459402_1.doc*