UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE UTILITY CONTRACTORS, INC., ANTHONY F. ROSCITI, JR. and HENRY V. ROSCITI, JR.,<br><br>Defendants. | CIVIL ACTION NO. 08-171S |

**STIPULATION TO REMOVE DEFAULT**

Pursuant to Fed. R. Civ. P. 55(c), the Plaintiff United States Fidelity & Guaranty Company ("USF&G") hereby stipulates to the removal of the default entered against defendants Anthony F. Rosciti, Jr. and Henry V. Rosciti, Jr. on June 23, 2008.

WHEREFORE, Plaintiff United States Fidelity & Guaranty Company hereby requests that the Court remove the defaults and allow these Defendants to answer the Complaint filed in this action.

Respectfully submitted,

UNITED STATES FIDELITY & GUARANTY COMPANY

By Its Attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo, Bar I.D. #5862
HINSHAW & CULBERTSON LLP
155 S. Main St., Suite 304
Providence, RI 02903
401-751-0842 (telephone)
401- 273-8543 (facsimile)

Dated: June 30, 2008

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated below as non registered participants on June 30, 2008:

Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo